UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GODSON ATWOOKI ALINDE,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.<br>Respondents. | Case No. 5:26-cv-06337-JMS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 15). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting Ground 3 of the Petition and dismissing Grounds 1 and 2 as moot.
2. Respondents shall immediately release Godson Atwooki Alinde (A# 241-939-856) from custody.

3. If Respondents have not released Petitioner within three (3) days of this Order, Petitioner's counsel may file a request for an order to show cause re contempt.

4. Respondents shall not re-detain Petitioner without providing Petitioner a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that Petitioner's physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.[1]

DATED: November 17, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

[1] To the extent Petitioner seeks attorney's fees and costs under the Equal Access to Justice Act, Petitioner's counsel would need to file a post-judgment motion that complies with 28 U.S.C. § 2412(d)(1)(B).