JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GODSON ATWOOKI ALINDE,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-06337-JMS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Ground 3 of the Petition is granted and Grounds 1 and 2 of the petition are dismissed as moot.

DATED: November 24, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge